**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD DARON KENNEDY,** | : | |
| **Petitioner,** | : | |
| **v.** | : | |
| | | **CIVIL ACTION 07-0338-CG-M** |
| **LEON FORNISS,** | : | |
| **Respondent.** | : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo

determination of those portions of the Recommendation to which objection is made[1], the

Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the

opinion of this Court.

It is **ORDERED** that this petition be **DISMISSED** as time-barred.

**DONE and ORDERED** this 16th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The objection merely reiterates an argument that was addressed and rejected in the Report and Recommendation of the Magistrate Judge.