IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RICHARD DARON KENNEDY,**        :

    Petitioner,         :

v.                                :

                                  CIVIL ACTION 07-0338-CG-M

**LEON FORNISS,**                 :

    Respondent.         :

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be entered in favor of Respondent Leon Forniss and against Petitioner Richard Daron Kennedy pursuant to 28 U.S.C. §2244(d).

**DONE and ORDERED** this 16th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE